UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KISHA YOUNG, | Case No. 3:25-cv-06132-TLF |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| JOHN C. PHELAN, Secretary of the Navy, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant, without waiving the defenses of insufficient service of process, lack of jurisdiction, or any other defense in the above-entitled cause of action, hereby enters their appearance by and through the undersigned attorneys of record. You are advised that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon said Defendant by serving the undersigned attorney at the address stated below.

//

//

NOTICE OF APPEARANCE
[Case No. 3:25-cv-06132-TLF] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 13th day of March, 2026.

Respectfully submitted,

_s/ Sean M. Arenson_
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: sean.arenson@usdoj.gov

_Attorney for Defendant_

NOTICE OF APPEARANCE
[Case No. 3:25-cv-06132-TLF] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970