UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KISHA YOUNG,

Plaintiff(s),

v.

JOHN C PHELAN,

Defendant(s).

CASE NO.
3:25−cv−06132−TMC

MINUTE ORDER REASSIGNING CASE

This action has been assigned to the Honorable Tiffany M. Cartwright, United States District Judge. All future documents filed in this case must bear the cause number 3:25−cv−06132−TMC and bear the Judge's name in the upper right hand corner of the document.

DATED March 16, 2026

Joshua C. Lewis
Clerk of Court

By: _/s/ Gayle M Riekena_
     Deputy Clerk